IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAIAS R. ORTIZ, | § | |
| | § | |
| Defendant Below- | § | No. 65, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 0210012072 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: May 15, 2015
Decided: June 30, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

### **O R D E R**

This 30th day of June 2015, after careful consideration of the opening brief, the State's motion to affirm, and the record on appeal, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated January 16, 2015. The Superior Court did not err in concluding that appellant's third motion for postconviction relief was procedurally barred and that appellant had failed to overcome the procedural hurdles. Moreover, contrary to appellant's suggestion, he had no right to counsel to represent him in pursuing his third

postconviction motion.[1]  In light of the applicable procedural bars, we find no abuse of the Superior Court's discretion in denying appellant's motion for the appointment of counsel.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice

---

[1] *Bunting v. State*, 2015 WL 2147188 (Del. May 5, 2015).